UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TAMARA MOHR-JONES,

    Plaintiff,

v.                                                    CASE NO: 6:17-cv-1849-Orl-22GJK

OCWEN LOAN SERVICING, LLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Tamara Mohr-Jones, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic mail on this 16th day of March, 2018, to: Monica L. Haddad Forbes, Esquire, Sara F. Holladay-Tobias, Esquire, and Emily Y Rottmann, Esquire, McGuire Woods, LLP, 50 N. Laura Street, Suite 3300, Jacksonville, FL 32202; (mforbes@mcguirewoods.com; clambert@mcguirewoods.com; sfhollad@mcguirewoods.com, erottmann@mcguirewoods.com; and flservice@mcguirewoods.com).

                                                */s/Frank H. Kerney, III, Esquire*
                                                Frank H. Kerney, III, Esquire
                                                Florida Bar #: 88672
                                                Morgan & Morgan, Tampa, P.A.
                                                One Tampa City Center
                                                201 North Franklin Street, 7th Floor
                                                Tampa, FL 33602

Telephone: (813) 223-5505
Facsimile:  (813) 223-5402
fkerney@forthepeople.com
jkneeland@forthepeople.com
snazario@forthepeople.com
*Counsel for Plaintiff*