**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**TAMARA MOHR-JONES,**

      **Plaintiff,**

v.                                                                                                  Case No:   6:17-cv-1849-Orl-22GJK

**OCWEN LOAN SERVICING, LLC,**

      **Defendant.**

_____

**ORDER OF DISMISSAL**

The Court has been advised by **counsel for Plaintiff** that the above-styled action has been settled. (Doc. No. 25)   Accordingly, pursuant to Local Rule 3.08(b) M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.   After that 60-day period, however, dismissal shall be with prejudice.   Any pending motions are **denied** as moot and the Clerk is **directed** to close the file.

**DONE** and **ORDERED** at Orlando, Florida on March 19, 2018.

                                                                            ANNE C. CONWAY
                                                                            United States District Judge

**COPIES FURNISHED TO:**
Counsel of Record